

**U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

Signed December 21, 2010

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHISN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-35631 |
| LARRY G. CAIN | § | CHAPTER 7 BANKRUPTCY |
|     Debtor | § | |
| LARRY G. CAIN | § | |
|     Plaintiff | § | |
| VS. | § | ADVERSARY NO. 10-3354 |
| | § | |
| HEARTPLACE, P.A. | § | |
|     Defendant | § | |

### ORDER GRANTING MOTION TO PLAINTIFF'S UNOPPOSED MOTION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE

The above and foregoing Plaintiff's Unopposed Motion to Dismiss Adversary Proceeding with Prejudice having been presented and duly considered, the Court is of the opinion that a hearing on same is not necessary.

**IT IS THEREFORE ORDERED** that said Motion is granted and therefore the Clerk is instructed to dismiss this adversary proceeding with prejudice.

###End of Order###